**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Williams Speech Therapy Service, Inc.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Williams Therapy Services, Inc.** **Your Jiu Jitsu Hand Therapist** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 4 – 2 4 2 0 4 7 3** | |
| **4. Debtor's address** | **Principal place of business** **8632 Fredericksburg Rd.** Number    Street **San Antonio, TX 78240** City                         State    ZIP Code **Bexar** County | **Mailing address, if different from principal place of business** Number    Street City                         State    ZIP Code **Location of principal assets, if different from principal place of business** Number    Street City                         State    ZIP Code |
| **5. Debtor's website (URL)** | **www.williams-st-services.com** | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☑ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor **Williams Speech Therapy Service, Inc.**     Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  **6 2 1 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___/___/_____ Case number _____
                                 MM / DD / YYYY

      District _____ When ___/___/_____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                         MM / DD / YYYY

     Case number, if known _____

Debtor **Williams Speech Therapy Service, Inc.** Case number *(if known)* _____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
       Number    Street

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49 ☐ 50-99 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 25,001-50,000 ☐ 50,000-100,000
☐ 100-199 ☐ 200-999 ☐ 10,001-25,000 ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

Debtor **Williams Speech Therapy Service, Inc.**  Case number *(if known)* _____
 Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/18/2025**
MM/ DD/ YYYY

X **/s/ Micheal Williams, Jr.**     **Micheal Williams, Jr.**
Signature of authorized representative of debtor     Printed name

Title **President**

### 18. Signature of attorney

X **/s/ Natalie F. Wilson**     Date **03/18/2025**
Signature of attorney for debtor     MM/ DD/ YYYY

**Natalie F. Wilson**
Printed name

**Langley & Banack, Inc.**
Firm name

**745 E. Mulberry Ave. Suite 700**
Number   Street

**San Antonio**     **TX**     **78212**
City     State     ZIP Code

**(210) 736-6600**     **nwilson@langleybanack.com**
Contact phone     Email address

**24076779**     **TX**
Bar number     State

Fill in this information to identify the case:

Debtor name: **Williams Speech Therapy Service, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Ryan Law Firm, PC<br>139 E. Olive Avenue 1st FL<br>Monrovia, CA 91016 | | Attorney's fees | | | | $6,000.00 |
| 2 | AT&T<br>208 S. Akard St.<br>Dallas, TX 75202 | | | | | | $1.00 |
| 3 | Bafidis Law<br>P.O. Box 792<br>Helotes, TX 78023 | | | | | | $1.00 |
| 4 | Galaxy Office Partners, LLC<br>9211 Lookout Mesa<br>San Antonio, TX 78255 | | San Antonio Lease | | | | $1.00 |
| 5 | Guideline<br>1412 Chapin Avenue<br>Burlingame, CA 94010 | | Employee 401K | | | | $1.00 |
| 6 | Gusto<br>525 20th Street<br>San Francisco, CA 94107 | | Payroll | | | | $1.00 |
| 7 | JPMorgan Chase Bank, N.A.<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203 | | Business credit card | | | | $1.00 |
| 8 | Medico Healthcare Linen Service<br>2201 E. Carson St.<br>Long Beach, CA 90807 | | Linen service | | | | $1.00 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor **Williams Speech Therapy Service, Inc.**
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MedPOINT Management<br>El Proyecto De Barrio Global Care Inc.<br>P.O. Box 571600<br>Tarzana, CA 91357 | | | | | | $1.00 |
| 10 | Microsoft<br>One Microsoft Way<br>Redmond, WA 98052-6399 | | Computer software | | | | $1.00 |
| 11 | Next INS<br>975 California Avenue<br>Palo Alto, CA 94304 | | Worker's compensation | | | | $1.00 |
| 12 | Onyx Sherman Way, LLC<br>ATTN: Brian Tabaroki, CEO<br>6230 Wilshire Blvd, Ste 1808<br>Los Angeles, CA 90048 | | California Lease | | | | $1.00 |
| 13 | Prompt<br>1000 Maxwell St. Suite 200<br>Phoenix, AZ 85003 | | Electronic medical records system | | | | $1.00 |
| 14 | Spectrum<br>400 Washington Blvd.<br>Stamford, CT 06902 | | Internet | | | | $1.00 |
| 15 | Stellarcraft Solutions<br>24519 Elise Fls<br>San Antonio, TX 78255 | | Money loaned | | | | $1.00 |
| 16 | WebPT<br>111 W. Monroe St. Suite 200<br>Phoenix, AZ 85003 | | | | | | $1.00 |
| 17 | Zoom<br>55 Almaden Blvd. 6th Floor<br>San Jose, CA 95113 | | Zoom calls | | | | $1.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**  Williams Speech Therapy Service, Inc.

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................  **$7,500.00**

   Prior to the filing of this statement I have received ....................................................................  **$7,500.00**

   Balance Due ................................................................................................................................  **$0.00**

2. _____**$1,738.00**_____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **03/18/2025** | **/s/ Natalie F. Wilson** |
| *Date* | Natalie F. Wilson |
| | *Signature of Attorney* |
| | Bar Number: 24076779 |
| | Langley & Banack, Inc. |
| | 745 E. Mulberry Ave. Suite 700 |
| | San Antonio, TX 78212 |
| | Phone: (210) 253-7142 |
| | |
| | **Langley & Banack, Inc.** |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Williams Speech Therapy Service, Inc.**          CASE NO

                                                                                                                                                                                                   CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/18/2025**   Signature                 **/s/ Micheal Williams, Jr.**
                                                                                            Micheal Williams, Jr., President

Innovation Refunds
4350 Westown Pkwy 8 300
West Des Moines, IA 50266

Anderson, Johns, Yao & Davis
CPAs
4126 Pond Hill Rd. 100
San Antonio, TX 78231

Anthem Blue Cross of
California
21215 Burbank Blvd.
Woodland Hills, CA 91367

AT&T
208 S. Akard St.
Dallas, TX 75202

AT&T Bankruptcy Center
2270 Lakeside Blvd, 7th Fl.
Richardson, TX 75082

Bafidis Law
P.O. Box 792
Helotes, TX 78023

Bill Me Later
c/oFoley & Lardner LLP
2021 McKinney Avenue Suite 1600
Dallas, TX 75201

Blue Cross Blue Shield of
Texas
Attention: Vice President, Network Mgmt
1001 E. Lookout Drive
Richardson, TX 75082

Blue Cross Blue Shield of Texas
Attn: Legal Division
1001 E. Lookout Drive
Richardson, TX 75082

Blue Shield-California/Blue Shield (FEP)
P.O. Box 272540
Chico, CA 95927

CA Dept of Tax & Fee Admin.
Special Op Bkcy Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279

CA Dept of Tax & Fee Admin.
Acct Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279

CA Dept. of Industrial Relations
Labor Law Enforcement
1550 West Main St.
El Centro, CA 92243

CA Div. of Labor Standards Enforcement
7575 Metropolitan Dr. Ste. 210
San Diego, CA 92108

CA Franchise Tax Board
Bankruptcy Sec., MS A-340
P.O. Box 2952
Sacramento, CA 95812

CT Corporation
Attn: SPRS
330 N. Brand Blvd Suite 700
Glendale, CA 91203

CTHD Company
P.O. Box 2576
Springfield, IL 62708

Dept of Health & Human Services
Attn: General Counsel
200 Independence Ave, S.W.
Washington, DC 20201

Erika Williams
4502 Medical Drive
San Antonio, TX 78229

Forward Financing LLC
c/o Brian LeBlanc, Senior Counsel
53 State Street Floor 20
Boston, MA 02109

Galaxy Office Partners, LLC
9211 Lookout Mesa
San Antonio, TX 78255

Gregory Freeburg
Freeburg & Granieri
76 N Fair Oaks Ave.
Pasadena, CA 91103

Guardian
10 Hudson Yards
New York, NY 10001

Guideline
1412 Chapin Avenue
Burlingame, CA 94010

Gusto
525 20th Street
San Francisco, CA 94107

Hallie Spigelman
c/o Freeburg & Granieri
76 N Fair Oaks Ave.
Pasadena, CA 91103

Health Care LA IPA (HCLA)
P.O. Box 570590
Tarzana, CA 91357

Health Net - California
P.O. Box 9040
Farmington, MO 63640-9040

Healthcare Compliance Pros
10891 S Scotty Dr.
South Jordan, UT 84095

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

LA Care Health Plan
1055 West 7th St. 10th Floor
Los Angeles, CA 90017

LA Care Health Plan Direct Network
1055 West 7th St. 10th Floor
Los Angeles, CA 90017

Medicare of Southern California
Attn: Provider Enrollment
P.O. Box 6730
Fargo, ND 58108-6730

Medicare of Texas
Mail Code 1938, P.O. Box 149030
Austin, TX 78714-9947

Medico Healthcare Linen Service
2201 E. Carson St.
Long Beach, CA 90807

MedPOINT Management
El Proyecto De Barrio
Global Care Inc.
P.O. Box 571600
Tarzana, CA 91357

Micheal Williams
4502 Medical Drive
San Antonio, TX 78229

Microsoft
One Microsoft Way
Redmond, WA 98052-6399

Mushmel Properties
15445 Ventura Blvd Suite 31
Sherman Oaks, CA 91043

Next INS
975 California Avenue
Palo Alto, CA 94304

Onyx Sherman Way, LLC
ATTN: Brian Tabaroki, CEO
6230 Wilshire Blvd, Ste 1808
Los Angeles, CA 90048

Optum /United Healthcare
Market VP MN101-D003
9700 Health Care Lane
Hopkins, MN 55343

OPTUM/United Healthcare-CA
PO Box 1459 MN103-0700
Eden Prairie, MN 55344

OPTUM/United Healthcare-TX
11000 Optum Circle MN103-0700
Eden Prairie, MN 55344

Prompt
1000 Maxwell St. Suite 200
Phoenix, AZ 85003

Quickbooks
2700 Coast Ave.
Mountain View, CA 94043

Regal & Lakeside Medical Group
Network Mgr/San Fernando Valley
8510 Balboa Blvd. Suite 150
Northridge, CA 91325

Serendib Healthways
504 Sierra Madre Blvd.
Pasadena, CA 91107

Serra Medical Group
9375 San Fernando Rd.
Sun Valley, CA 91352

SGBS Consulting, Inc.
333 Washington Blvd. Suite 341
San Antonio, TX 78231

Small Business Administration
10737 Gateway West Ste 300
El Paso, TX 79935

Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

Spectrum
400 Washington Blvd.
Stamford, CT 06902

Stellarcraft Solutions
24519 Elise Fls
San Antonio, TX 78255

Strategic Funding Source, Inc.
d/b/a Kapitus
11150 Santa Monica Blvd Suite 1670
Los Angeles, CA 90025

Texas Attorney General  
P.O. Box 12548  
Austin, TX 78711

Texas Comptroller of Public Accounts  
P.O. Box 13528  
Austin, TX 78711

Texas Workforce Commission  
TWC Building  
101 East 15th St.  
Austin, TX 78778

The Ryan Law Firm, PC  
139 E. Olive Avenue 1st FL  
Monrovia, CA 91016

Tricare West  
Attn: Tanesha Bonner, VP  
1001 E Lookout Dr.  
Richardson, TX 75082

United Healthcare  
P.O. Box 1459  
Minneapolis, MN 55440

United States Attorney  
Civil Process Clerk  
601 N. W. Loop 410 Suite 600  
San Antonio, TX 78216

United States Attorney General  
950 Pennsylvania Ave., NW  
Washington, DC 20530-0001

United States Trustee
615 E. Houston St. Suite 533
San Antonio, TX 78205

WebPT
111 W. Monroe St. Suite 200
Phoenix, AZ 85003

Zoom
55 Almaden Blvd. 6th Floor
San Jose, CA 95113